# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**CHRISTOPHER CUNNINGHAM**

Case Number: **6:99-CR-222-ORL-22DAB**

USM Number: **23961-018**

James T. Skuthan, AFPD
201 South Orange Ave., Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant was found in violation of charge numbers Two, Four, Five, Six, Seven and Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Use of Controlled Substance, Methamphetamine | April 26, 2008 |
| Four | Failure to Participate in Drug Aftercare Treatment | February 4, 2008 |
| Five | Failure to Submit Written Monthly Reports | February 5, 2008 |
| Six | Alleged New Criminal Conduct Occurring While on Supervision | March 2, 2008 |
| Seven | Alleged New Criminal Conduct Occurring While on Supervision | March 2, 2008 |
| Eight | Alleged New Criminal Conduct Occurring While on Supervision | March 2, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/13/2008

*/s/ Anne C. Conway*
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

May __13__, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

CHRISTOPHER CUNNINGHAM Page 2 of 2
6:99-CR-222-ORL-22DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**.

The Court recommends to the Bureau of Prisons the defendant be afforded the opportunity to participate in a Drug Treatment Program.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case